LOUIS COOK, PLAINTIFF IN ERROR, v. THE TOWNSHIP OF NORTH BERGEN, DEFENDANT IN ERROR.

Argued March 7, 1906—Decided November 19, 1906.

On error to the Supreme Court.

For the plaintiff in error, *William D. Edwards.*

For the defendant in error, *J. Emil Walsheid.*

*44 Vroom.*        Cook  v.  North Bergen.

PER CURIAM.

The judgment brought up by this writ of error must be affirmed, on the grounds stated in the opinion of Mr. Justice Swayze, in the Supreme Court, 43 *Vroom* 119.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL.   13.

*For reversal*—None.